**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 435 EAL 2023
                                       :
            Respondent                :
                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court
              v.                            :
                                         :
                                         :
MARCUS COX,                              :
                                         :
            Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

      Justice McCaffery did not participate in the consideration or decision of this matter.